STATE OF NEW JERSEY v. ANTHONY MADDISON.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT KURTZ.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY EVANS.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY TALARICO.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE J. WASHINGTON.

March 31, 1988.

Petition for certification denied.